# EXHIBIT 3

## Detailed Map

