# EXHIBIT 4



# EXHIBIT "B"

PERMANENT RIGHT-OF-WAY ACROSS
THE PROPERTY OF GERMANTOWN LAND, LLC.
PART OF NE 1/4 OF SE 1/4 OF S19, T09N, R20E

## WASHINGTON COUNTY, WISCONSIN



VICINITY MAP
NTS

### GENERAL DESCRIPTION

THAT PART OF THE NORTHEAST ¼ OF THE SOUTHEAST ¼ OF SECTION NINETEEN (19), TOWNSHIP NINE (09) NORTH, RANGE TWENTY (20) EAST, VILLAGE OF GERMANTOWN, COUNTY OF WASHINGTON, STATE OF WISCONSIN, IN DOCUMENT 1403593 OF THE WASHINGTON COUNTY COURTHOUSE, BOUNDED AND DESCRIBED AS FOLLOWS:

### PERMANENT EASEMENT CENTERLINE DESCRIPTION

FOR A PROPOSED FIFTY FOOT (50') WIDE PERMANENT EASEMENT DESCRIBED BY THE TC ENERGY 30" ANR 301 PIPELINE:

COMMENCING AT A FOUND 3-INCH MONUMENT WITH BRASS CAP AT THE SOUTHEAST CORNER OF SAID SECTION 19;

THENCE NORTH 04° 53' 51" WEST A DISTANCE OF 1,331.37 FEET TO THE POINT OF BEGINNING (**POB**), SAID **POB** BEING THE BASELINE OF A PROPOSED TC ENERGY 30" ANR 301 PIPELINE AT THE SOUTHERN LINE OF SUBJECT PROPERTY;

THENCE ALONG THE SOUTHERN LINE OF THE SUBJECT PROPERTY ALSO THE SOUTHERN LINE OF SAID PERMANENT EASEMENT NORTH 87° 50' 31" WEST A DISTANCE OF 548.49 FEET TO LANDS NOW OR FORMERLY OWNED BY BARBARA E. KERCHOFF REVOCABLE LIVING TRUST;

THENCE ALONG SAID LANDS NORTH 00° 03' 12" WEST A DISTANCE OF 50.04 FEET TO THE NORTHWEST CORNER OF THE 50 FOOT PERMANENT EASEMENT;

THENCE ALONG THE NORTHERN LINE OF THE 50 FOOT (50') PERMANENT EASEMENT AND THROUGH LANDS OF THE SUBJECT PROPERTY, GERMANTOWN LAND, LLC., SOUTH 87° 50' 31" EAST A DISTANCE OF 518.62 FEET;

THENCE ALONG THE SAME SOUTH 67° 42' 32" EAST FOR A DISTANCE OF 76.01 FEET TO A POINT ON THE WESTERN RIGHT OF WAY OF HILLTOP DRIVE;

THENCE BY THE SAME SOUTH 12° 59' 54" EAST A DISTANCE OF 24.70 FEET TO A POINT AT LANDS NOW OR FORMERLY OWNED BY SCOTT M. AND CYNTHIA M. KNOLL BEING THE SOUTERN LINE OF THE 50 FOOT (50') PERMANENT EASEMENT;

THENCE BY THE SAME NORTH 87° 50' 31" WEST A DISTANCE OF 46.03' TO THE POINT OF BEGINNING (POB).

THE ABOVE DESCRIBED FIFTY FOOT (50') WIDE PERMANENT EASEMENT CONTAINS 0.66 ACRES OF LAND, MORE OR LESS, HAVING A TOTAL CENTERLINE DISTANCE OF 553.89 LINEAR FEET (33.57 RODS).

1. THE BASIS OF BEARINGS AND DATUM FOR THIS SURVEY IS UTM NAD83 (2011) ZONE 16, U.S. SURVEY FOOT.
2. INFORMATION DEPICTED HEREON IS BASED ON A FIELD WORK BETWEEN SEP. 2021 AND APR. 2022 TO LOCATE LINES NECESSARY FOR ENGINEERING DESIGN AND EASEMENT ACQUISITION FROM LAND RECORD. INFORMATION SUPPLIED BY CLIENT.
3. THIS IS AN EASEMENT DRAWING AND DOES NOT REPRESENT A BOUNDARY SURVEY PURSUANT TO WISCONSIN ADMINISTRATIVE CODE, WS A-E-7

